UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORIDA LEGAL SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Florida Legal Services, Inc. certify that to the best of my knowledge and belief, this non-profit public interest law firm does not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

MORRISON & FOERSTER LLP

_____
Robert H. Loeffler (D.C. Bar No. 123372)
Alison A. Minea (not admitted in DC)
2000 Pennsylvania Avenue, N.W., Suite 5500
Washington, D.C. 20006
Main: 202.887.1500
Fax: 202.887.0763

and

John A. Trocki III (not admitted in DC)
1650 Tysons Boulevard, Suite 300
McLean, Virginia 22102
Main: 703.760.7700
Fax: 703.760.7777