# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Florida Legal Services, Inc.** | Attorney: |
| Plaintiff | Morrison & Foerster LLP |
| vs. | Robert Loeffler |
|  | 2000 Pennsylvania Ave., NW, Suite 5500 |
|  | Washington, DC. 20006 |
| **U.S. Department of Homeland Security** |  |
| Defendant |  |

**Case Number:** 1:07-cv-01510

Legal documents received by Same Day Process Service on August 24th, 2007 at 3:00 PM to be served upon **Civil Processing Clerk, U.S. Attorney at 501 3rd St., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **August 27th, 2007 at 12:45 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Exhibits; Certificate Rule LCvR 7.1**, to **Lakesha Carroll** as **Docket Clerk** of the within named agency, to wit: **U.S. Attorney** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 30   Height: 5'4   Weight: 165   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000004374

District of Columbia : SS
Subscribed and Sworn to before me
this 28th day of August, 2007

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.