IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| FLORIDA LEGAL SERVICES, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. 1:07-cv-1510 (RBW) |
| | ) | |
| U.S. DEPARTMENT OF | ) | |
| HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendant hereby moves the Court for an extension of time to respond to plaintiff Florida

Legal Services, Inc.'s Complaint.  The Complaint was filed on August 23, 2007, and served on

the United States Attorney for the District of Columbia on August 27, 2007.  Because this matter

wholly involves a claim for the production of certain documents under the Freedom of

Information Act, 5 U.S.C. § 552, defendant's response is due Wednesday, September 26th.  To

facilitate the possible settlement of this action, defendant wishes an extension of 30 days to

respond to the Complaint.  If granted, the response would be due on October 26, 2007.

Defendant's counsel has consulted with Plaintiffs' counsel concerning this request, and

they have indicated that they do not oppose this motion.

Respectfully Submitted,


PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

 /s/ Ronald J. Wiltise
RONALD J. WILTSIE
Attorney
Civil Division
Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Tel: (202) 307-1401
Fax: (202) 616-8470

September 21, 2007                    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ )<br>FLORIDA LEGAL SERVICES, INC,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>U.S. DEPARTMENT OF   )<br>  HOMELAND SECURITY,   )<br>)<br>Defendant.   )<br>_____ ) | C.A. 1:07-cv-1510 (RBW) |

**O R D E R**

Having considered Defendant's Unopposed Motion For An Extension Of Time To

Respond To The Complaint, that Motion is GRANTED. Defendant shall have up to and through

Friday, October 26, 2007, to file its response to the Complaint in this matter.

_____          _____
Date                                                           The Honorable Reggie B. Walton
                                                                 United States District Judge