IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FLORIDA LEGAL SERVICES, INC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. 1:07-cv-1510 (RBW) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

The parties have reached an agreement-in-principle to settle this matter. To permit the parties time to finalize this settlement, defendant hereby moves the Court for an additional one month extension of time to respond to plaintiff Florida Legal Services, Inc.'s Complaint. On September 26, 2007, the Court granted defendant's first motion for an extension, which enlarged the time for the defendant's response from September 26 until October 26, 2007. If granted, this additional extension would enlarge the time for the defendant's response – if any is needed – to Monday, November 26, 2007.

Under the terms of the parties' agreement, the defendant Department of Homeland Security will waive the Freedom of Information Act fees for the production requested by the plaintiff, Florida Legal Services, Inc. The defendant has completed a search for responsive documents and has produced 878 pages that were not subject to a FOIA exception to the plaintiff for review (a total of 5 entire pages were withheld in their entirety and 3 additional pages were

partially redacted due to privilege or Privacy Act concerns, properly applied). The one month extension will permit the plaintiff time to review the produced documents to determine if the production is satisfactory. If so, the plaintiff will dismiss the action with prejudice, and the parties will bear their own costs and fees of this action.

    Defendant's counsel has consulted with Plaintiffs' counsel concerning this request, and they have indicated that they do not oppose this motion.

                                                    Respectfully Submitted,

                                                    PETER D. KEISLER
                                                    Assistant Attorney General

                                                    JEFFREY A. TAYLOR
                                                    United States Attorney

                                                    ARTHUR R. GOLDBERG
                                                    Assistant Branch Director

                                                   /s/ Ronald J. Wiltise
                                                   RONALD J. WILTSIE
                                                   Attorney
                                                   Civil Division
                                                   Federal Programs Branch
                                                   U.S. Department of Justice
                                                   P.O. Box 883
                                                   Washington, D.C.  20044
                                                   Tel: (202) 307-1401
                                                   Fax: (202) 616-8470

October 19, 2007                          Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| FLORIDA LEGAL SERVICES, INC, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | C.A. 1:07-cv-1510 (RBW) |
|  | ) | |
| U.S. DEPARTMENT OF | ) | |
| HOMELAND SECURITY, | ) | |
|  | ) | |
| Defendant. | ) | |
| _____ | ) | |

**O R D E R**

Having considered Defendant's Second Unopposed Motion For An Extension Of Time To Respond To The Complaint, that Motion is GRANTED. Defendant shall have up to and through Monday, November 26, 2007, to file its response to the Complaint in this matter.

_____          _____
Date                                                                  The Honorable Reggie B. Walton
                                                                            United States District Judge