IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FLORIDA LEGAL SERVICES, INC, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. 1:07-cv-1510 (RBW) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT
TO RESPOND TO THE COMPLAINT**

The parties hereby seek a one week extension of the time for defendant the United States Department of Homeland Security to respond to the complaint. Though this would be the third extension granted, it is needed to allow the parties to finalize the settlement of this matter.

As previously reported in defendant's Second Unopposed Motion For An Extension, the parties have reached an agreement-in-principle to settle this matter. Under the terms of that agreement, the defendant will waive the Freedom of Information Act fees for the production requested by the plaintiff, Florida Legal Services, Inc. The defendant has completed a search for responsive documents and has produced 878 pages that were not subject to a FOIA exception to the plaintiff for review (a total of 5 pages were withheld in their entirety and 3 additional pages were partially redacted due to privilege or Privacy Act concerns, properly applied). Last week, plaintiff asked defendant to clarify certain matters pertaining to that production, which defendant has done. Plaintiff is reviewing those clarifications, but due to the holiday it will be unable to

complete that review prior to the current date for defendant's response, Monday, November 26th. The additional one week extension will permit the plaintiff time to complete that review. Once the review is completed to the parties' satisfaction, the plaintiff will dismiss the action with prejudice, and the parties will bear their own costs and fees of this action.

Originally, defendant's response to the complaint was due on September 26, 2007. On that date, the Court granted defendant's first motion for an extension, which enlarged the time for the defendant's response from September 26 until October 26, 2007. On October 23, 2007, the Court granted defendant's second unopposed request for an extension to permit plaintiff to complete its review of the original 878 page production. If granted, this third extension would enlarge the time for the defendant's response to Monday, December 3, 2007.

Respectfully Submitted,

| | |
|---|---|
| /s/ Robert H. Loeffler | |
| ROBERT H. LOEFFLER | PETER D. KEISLER |
| (D.C. Bar No. 123372) | Assistant Attorney General |
| ALISON A. MINEA (not admitted in DC) | |
| MORRISON & FOERSTER LLP | JEFFREY A. TAYLOR |
| 2000 Pennsylvania Avenue, NW | United States Attorney |
| Suite 5500 | |
| Washington, D.C. 20006 | ARTHUR R. GOLDBERG |
| Main: 202.887.1500 | Assistant Branch Director |
| Fax: 202.887.0763 | |
| | /s/ Ronald J. Wiltise |
| and | RONALD J. WILTSIE |
| | Trial Attorney |
| JOHN A. TROCKI III (not admitted in DC) | Civil Division |
| 1650 Tysons Boulevard | Federal Programs Branch |
| Suite 300 | U.S. Department of Justice |
| McLean, Virginia 22102 | P.O. Box 883 |
| Main: 703.760.7700 | Washington, D.C. 20044 |
| Fax: 703.760.7777 | Tel: (202) 307-1401 |
| Attorneys for Plaintiff | Fax: (202) 616-8470 |
| | Attorneys for Defendant |

November 20, 2007

Case 1:07-cv-01510-RBW    Document 8    Filed 11/20/2007    Page 3 of 3

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ ) | | |
| FLORIDA LEGAL SERVICES, INC, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | C.A. 1:07-cv-1510 (RBW) | |
| ) | | |
| U.S. DEPARTMENT OF ) | | |
| HOMELAND SECURITY, ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

**O R D E R**

Having considered the parties' Joint Motion For An Extension Of Time For Defendant To Respond To The Complaint, that Motion is GRANTED. Defendant shall have up to and through Monday, December 3, 2007, to file its response to the Complaint in this matter.

_____     _____
Date                                                              The Honorable Reggie B. Walton
                                                                      United States District Judge