IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FLORIDA LEGAL SERVICES, INC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. 1:07-cv-1510 (RBW) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., the parties hereby stipulate to the dismissal of this civil action with prejudice. Each party agrees to bear its own costs and attorneys' fees in this matter.

Respectfully Submitted,

/s/ Robert H. Loeffler
ROBERT H. LOEFFLER
(D.C. Bar No. 123372)
ALISON A. MINEA (not admitted in DC)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 5500
Washington, D.C. 20006
Main: 202.887.1500
Fax: 202.887.0763

and

JOHN A. TROCKI III (not admitted in DC)
1650 Tysons Boulevard
Suite 300
McLean, Virginia 22102
Main: 703.760.7700
Fax: 703.760.7777
Attorneys for Plaintiff

November 30, 2007

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

/s/ Ronald J. Wiltise
RONALD J. WILTSIE
Trial Attorney
Civil Division
Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 307-1401
Fax: (202) 616-8470
Attorneys for Defendant